REENA RAGGI, Circuit Judge,
concurring in part:
I join only in so much of the court’s opinion as holds (1) that petitioner’s Brady claim is untimely and (2) that this court need not decide whether to excuse such untimeliness on actual innocence grounds because the Brady claim does not merit habeas corpus relief in any event. To reach these conclusions, the court need not engage in a lengthy discussion of the facts and circumstances that Friedman asserts led to his conviction, much less assume the truth of those facts or the misconduct of police officers, prosecutors, defense counsel, and the presiding state court judge before a hearing. Accordingly, I do not join in the remainder of the opinion. While the facts alleged are disturbing and may well warrant further inquiry by a responsible prosecutor’s office, I cannot predict whether the outcome of any such inquiry will be favorable to petitioner, whose conviction is based on a plea of *162 guilty that he thereafter publicly confirmed.